# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2007

134380

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DANDRE MANSON a/k/a DE'ANDRE-X
MANSON,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134380
COA: 276064
Wayne CC: 93-013806

     On order of the Court, the application for leave to appeal the May 3, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2007

t0917

_____
Clerk